**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| LINCOLN BANCORP LLC d/b/a SUPER 8 BY WYNDHAM; AND LINCOLN PROPERTY MANAGEMENT, LLC, | ) | 1:25-cv-05391-AT |
| | ) | |
| Defendants. | ) | |
| | / | |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW Patrick B. Moore, the undersigned attorney, and hereby enters an appearance as counsel, together with Christopher T. Byrd, on behalf of the Defendants Lincoln Bancorp, LLC d/b/a Super 8 Wyndham and Lincoln Property Management, LLC (collectively, "Defendants") in the above-styled civil action. All future correspondence and pleadings for Defendants should be directed to the following:

Patrick B. Moore
Christopher T. Byrd
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 / (Fax) 404-875-9433
pmoore@wwhgd.com
cbyrd@wwhgd.com

Respectfully submitted, this 1st day of September, 2026.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390
Christopher T. Byrd
GA Bar No. 100854
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
pmoore@wwhgd.com
cbyrd@wwhgd.com
*Counsel for Defendants Lincoln Bancorp, LLC d/b/a Super 8 Wyndham and Lincoln Property Management, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Patrick B. Moore*
Patrick B. Moore

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390