**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| D.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | CIVIL ACTION FILE NO.: |
| LINCOLN BANCORP LLC, d/b/a SUPER 8 BY WYNDHAM; AND, LINCOLN PROPERTY MANAGEMENT LLC, | : | 1:25-cv-05391-AT |
| | : | |
| Defendants. | : | |

**NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice that she will begin the process of serving the below-described civil subpoena after the filing of this notice. The subpoena will be served upon:

1. City of South Fulton
   c/o: Sara Kelly, City Attorney
   5440 Fulton Industrial Blvd
   South Fulton, Georgia 30336

This 23rd day of September, 2026.

**THE STODDARD FIRM**

*/s/ Carson L. Wynn*
Matthew B. Stoddard

Georgia Bar No. 558215
Carson L. Wynn
Georgia Bar No.: 672645
THE STODDARD FIRM
1534 N Decatur Road
Atlanta, Georgia 30326
P: 470-467-2200
F: 470-467-1300
matt@LegalHelpGa.com
carson@legalhelpga.com
***Attorneys for Plaintiff***

# CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendants Lincoln Bancorp, LLC**
**d/b/a Super 8 by Wyndham and**
**Lincoln Property Management, LLC:**

Christopher T. Byrd, Esq.
Shubhra Mashelkar, Esq.
Patrick Moore, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Rd. NE, Suite 2400
Atlanta, Georgia 30326
cbyrd@wwhgd.com
smashelkar@wwhgd.com
pmoore@wwhgd.com

This 23rd day of September, 2026.

*/s/ Carson L. Wynn*
Carson L. Wynn, Esq.